CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JAIME VILLEGAS VELAZQUEZ,<br><br>   Defendant. | No. CR14-264-RSM<br><br>ORDER GRANTING<br>THE UNOPPOSED MOTION TO<br>PROCEED BY VIDEO OR<br>TELEPHONIC HEARING |

THE COURT has considered Mr. Velazquez's unopposed motion to proceed with the initial hearing and the final hearing regarding the revocation of supervised release by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).

THE COURT ORDERS that a initial hearing and the final hearing regarding the revocation of supervised hearing be scheduled by teleconference on December 14, 2021.

DONE this 30th day of November, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

ORDER TO PROCEED BY VIDEO OR
TELEPHONIC HEARING
(*USA v. Velazquez* / CR14-264-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Jaime Villegas Velazquez

ORDER TO PROCEED BY VIDEO OR
TELEPHONIC HEARING
(*USA v. Velazquez* / CR14-264-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**